THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Thomas Jerrod
 Jones, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.  2009-UP-018
 Submitted January 2, 2009  Filed January
9, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. DuRant, of Columbia, for Appellant.
 John Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Thomas Jerrod Jones appeals his probation revocation, arguing the trial court erred in revoking his probation without holding a full evidentiary hearing.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved. [1] 
APPEAL DISMISSED.
WILLIAMS,
PIEPER, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.